# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

GARFIELD WILLIAMS and wife,
ALEXIS MORRIS WILLIAMS,

  Plaintiffs,

v.

JOAQUIN EDUARDO ESCOBAR MARTINEZ
and TRUCKA USA, LLC,

  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**Removed from the Circuit Court
of McMinn County
Case No.: 23-CV-362**

---

## NOTICE OF REMOVAL

---

  Defendant Joaquin Eduardo Escobar Martinez gives notice of the removal of this case from the Circuit Court for McMinn County, Tennessee to the United States District Court for the Eastern District of Tennessee under 28 USC § 1446(a). As grounds for removal, Defendants would show the Court as follows:

  1. Plaintiffs filed a Complaint in the Circuit Court of McMinn County, Tennessee on 16 October 2023 (Case Number 23-CV-362), naming Defendants Joaquin Eduardo Escobar Martinez and Trucka USA, LLC.

  2. The Complaint was filed on 16 October 2023. Defendant Joaquin Eduardo Escobar Martinez was served with process on 10 November 2023. Therefore, this Notice of Removal is timely filed.

  3. Plaintiffs are, and were at the time this action was commenced, citizens of the State of Georgia, residing in Gwinnett County, Georgia. Plaintiffs are not citizens of the State of Tennessee.

4.      Defendant Joaquin Eduardo Escobar Martinez is, and was at the time this action was commenced, worked in Laredo, Webb County, Texas. Laredo, Texas is a town located on the United States-Mexico border, and he resided across the border in Mexico. Defendant Joaquin Eduardo Escobar Martinez is not a citizen of the State of Tennessee.

5.      Defendant Trucka USA, LLC is, and was at the time this action was commenced, a registered Texas corporation with its principal place of business in Laredo, Webb County, Texas. Defendant Trucka USA, LLC is a foreign entity. Its sole shareholder, Jose de Jesus Castañeda, resides in Laredo, Webb County, Texas.

6.      The undersigned counsel will also represent Defendant Trucka USA, LLC. Defendant Trucka USA, LLC consents to this removal to the United States District Court for the Eastern District of Tennessee.

7.      This is a civil action over which this Court has original jurisdiction. Plaintiffs' Complaint seeks compensatory damages "in the amount of One Hundred Fifty Thousand Dollars ($150,000.00)" and further monetary relief. Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and this action is between citizens of different States. 28 USC § 1332(a).

8.      Any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 USC § 1441(a).

9.      True copies of all pleadings filed to date in this action by any party are attached as collective **Exhibit A**.

10.     Defendant Joaquin Eduardo Escobar Martinez is filing a copy of this Notice of Removal with the Circuit Court of McMinn County, Tennessee and are sending a copy of the Notice of Removal to all interested parties under 28 USC § 1446(d).

Defendant Joaquin Eduardo Escobar Martinez respectfully requests that Case Number 23-CV-362, now pending in the Circuit Court of McMinn County, Tennessee, be removed to this Honorable Court.

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

By: /s/ Jason M. Pannu
      Jason M. Pannu, BPR No. 023816
      Roundabout Plaza
      1600 Division Street, Suite 590
      Nashville, Tennessee 37203
      (615) 208-5890
      jason.pannu@fmglaw.com

      *Counsel for Defendants Joaquin Eduardo*
      *Escobar Martinez and Trucka USA, LLC*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this the 11ᵗʰ day of December 2023, a copy of the foregoing NOTICE OF REMOVAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access the filing through the Court's electronic filing system.

| | |
|---|---|
| ☐ Hand<br>☐ Mail<br>☐ Fax<br>☐ FedEx<br>☒ Email<br>☒ CM/ECF | Gerard M. Siciliano<br>McMahan Law Firm<br>100 West Martin Luther King Blvd., Suite 700<br>P.O. Box 11107<br>Chattanooga, Tennessee 37401-2107<br>gerry@mcmahanlawfirm.com<br><br>*Counsel for Plaintiffs* |

 /s/ Jason M. Pannu
Jason M. Pannu